UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SARA BRUNER, et al.,<br>　　　　　　Defendants. | CASE NO. C18-824 RAJ<br><br>ORDER |

This matter comes before the Court on Plaintiff Allstate Indemnity Company's ("Allstate") Motion for Service by Publication. Dkt. # 9. Allstate's Motion originally requested authorization to serve Defendant Jessica Lyons by publication after multiple failed service attempts. Dkt. ## 9, 10. On January 3, 2019, Allstate filed a Declaration of Service for Defendant Jessica Lyons. Dkt. # 16.

Accordingly, the Court **DENIES** Allstate's Motion as **MOOT**. Dkt. # 9.

Dated this 26th day of February, 2019.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER- 1